IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) <br> JUDITH A. AUGUSTINE a/k/a ) <br> JUDITH M. AUGUSTINE a/k/a ) <br> JUDITH ALEXANDER AUGUSTINE ) <br> a/k/a JUDITH AUGUSTINE ) <br> _____ ) | Case No. 13-61478 - wlh |

**NOTICE OF APPEARANCE OF COUNSEL**

NOW COMES William R. Joiner, Esq. of the Law Firm of Mitchell & Shapiro LLP and hereby files this Notice of Appearance on behalf of Judith A. Augustine, Debtor in the above-styled matter. Counsel respectfully requests that the Court and opposing counsel forward all notices and pleadings to the undersigned.

This 16th day of January 2015.

/s/ William R. Joiner
William R. Joiner
Georgia Bar No. 397705

Mitchell & Shapiro LLP
3490 Piedmont Road, Suite 650
Atlanta, GA 30305
(404) 812-4747
(404) 812-04740-Facsimile

## CERTIFICATE OF SERVICE

This is to certify that I have electronically filed this **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Howard Jay Kent
The Kent Law Firm
Suite 750
3355 Lenox Road
Atlanta, GA 30326

William J. Layng, Jr.
William J. Layng, Jr., PC
Suite 1500
400 Galleria Parkway
Atlanta, GA 30339

This 16th day of January 2015.

/s/  William R. Joiner
William R. Joiner
Georgia Bar No. 397705

Mitchell & Shapiro LLP
3490 Piedmont Road, Suite 650
Atlanta, GA 30305
(404) 812-4747
(404) 812-04740-Facsimile